**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CLEAN WATER ACTION,<br><br>       Plaintiff,<br><br>  v.<br><br>SEARLES AUTO RECYLCING, CORP.,<br><br>       Defendant. | **Case No. 1:16-cv-12067-NMG**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff Clean Water Action ("CWA") and Defendant in the above-captioned action, stipulate as follows:

**WHEREAS**, on or about April 22, 2016, CWA provided Defendant with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on October 14, 2016, CWA filed its Complaint against Defendant in this Court;

**WHEREAS**, CWA and Defendant, through their authorized representatives and without either adjudication of CWA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CWA as set forth in the Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed settlement agreement ("Settlement Agreement") entered into by and between CWA and Defendant is attached hereto as **Exhibit A** and incorporated by reference;

**WHEREAS**, CWA has submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the U.S. Department of Justice has now filed their "Non-Opposition to Consent Judgment" (ECF No. 56);

1

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CWA's claims, as set forth in its Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 4 of the Settlement Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties until the final payment is made, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: March 28, 2018                    Respectfully submitted,

                                         SUPER LAW GROUP, LLC

                                         By: /s/ Michael DiGiulio
                                         Michael DiGiulio
                                         Attorney for Plaintiff

Dated: March 28, 2018                    LAW OFFICES OF JAMES W. MARSH

                                         By: /s/ Shephard S. Johnson, Jr.
                                         Shephard S. Johnson, Jr.
                                         Attorney for Defendant

### ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: March 28, 2018                            By: /s/Michael DiGiulio

## [PROPOSED] ORDER

Good cause appearing, and the Parties having stipulated and agreed,

**IT IS HEREBY ORDERED** that Plaintiff Clean Water Action's claims against Defendant Searles Auto Recycling Corp. as set forth in the Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

**IT IS FURTHER ORDERED** that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until the final payment is made.

**IT IS SO ORDERED**.

Dated: _____     _____
HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT COURT JUDGE